UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN MARCUS ZINMAN, | ) | Case No. 2:22-cv-00886-JVS-JC |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEBBIE ASUNCION, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and supporting documents, petitioner's Response to the Order to Show Cause, Motion for Leave to Amend the Petition ("Motion to Amend") and other submissions, and all of the records herein, including the September 26, 2022 Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

   IT IS HEREBY ORDERED that (1) the Motion to Amend is denied; (2) the Petition and this action are dismissed without prejudice; and (3) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 4, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE