JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>Respondent. | Case No. 2:22-cv-00886-JVS-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: November 4, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE